IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00202-01-CR-W-BCW |
| | ) | |
| ABDIRAHMAN S. ABDI, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Magistrate Judge Count's Report and Recommendation granting Defendant Abdirahman S. Abdi's Motion for Determination of Competency (Doc. #16). Neither party filed objections to the Report and Recommendation.

On January 21, 2020 a hearing was held before Magistrate Judge Counts on Abdi's Motion. The evidence before the Court on the issue of defendant's competency was insufficient. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law and finds defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. Accordingly, it is hereby

ORDERED the Magistrate's Report and Recommendation (Doc. #25) be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: March 11, 2020            /s/ Brian C. Wimes
                                 JUDGE BRIAN C. WIMES
                                 UNITED STATES DISTRICT COURT